IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL PATRICK DIGGIN, : CIVIL ACTION
    Plaintiff, :
    :
    v. :
    :
ANDREW SAUL,[1] :
Commissioner of Social Security, :
    Defendant. : NO. 19-0022

# O R D E R

CARACAPPA, LINDA K., J.

    AND NOW, this 31th day of July 2019, upon consideration of plaintiff's request for review and defendant's response thereto, IT IS ORDERED that:

    1.    Plaintiff's Request for Review is Granted;

    2.    The Commissioner's Motion for Stay is DENIED; and

    3.    The Clerk of Court is Directed to mark this case CLOSED.

                        BY THE COURT:

                        ___/S/ LINDA K. CARACAPPA___
                        LINDA K. CARACAPPA, J.

---

[1] Andrew Saul is now the Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Andrew Saul should be substituted for Acting Commissioner Nancy A. Berryhill as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).